IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SENGLED USA, INC.,<br><br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-01466-TWT |

## NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff Sovereign Peak Ventures, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby dismisses all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated May 24, 2019, in which the parties agreed to dismiss this action with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| Dated:  June 6, 2019 | /s/*Daniel A. Kent*<br>Daniel A. Kent<br>  dankent@kentrisley.com<br>  Tel:  (404) 585-4214<br>  Fax:  (404) 829-2412<br>Stephen R. Risley<br>  steverisley@kentrisley.com<br>  Tel:  (404) 585-2101<br>  Fax:  (404) 389-9402<br>Cortney S. Alexander<br>  cortneyalexander@kentrisley.com<br>  Tel:  (404) 855-3867<br>  Fax:  (770) 462-3299<br><br>KENT & RISLEY LLC<br>5755 N Point Pkwy Ste 57<br>Alpharetta, GA 30022<br><br>Attorneys for Plaintiff |